# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MARCUS SAPP,** | : | **Case No.  26cv497** |
| | : | |
| **Plaintiff,** | : | **Judge** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **NOTICE OF APPEARANCE OF** |
| **THE CITY OF CINCINNATI, et al.,** | : | **COUNSEL** |
| | : | |
| **Defendants.** | : | |
| | : | |

Notice is hereby given that Marva K. Benjamin, Sr. Assistant City Solicitor, is entering an appearance as trial attorney for Defendants City of Cincinnati, Police Officers Colin Vaughn, John Horn, Douglas Lindle, John Heile, Cory Bonner, Detective Feldhaus, Matthew Thompson, Brian Trotta, Bob Liston, J. Briede, William Kinney, Evan Evans, Chief of Police Thomas Streicher and unknown current and former Officers and Detectives of the Cincinnati Police Department in the above captioned case.

Respectfully submitted,

**EMILY SMART WOERNER (0089349)**
Interim City Solicitor

*/s/ Marva K. Benjamin*
Marva K. Benjamin (0066606)
Chief Counsel – Litigation Section
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone: (513) 352-1565
Fax: (513) 352-1515

E-mail: marva.benjamin@cincinnati-oh.gov
*Trial Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2027, a true and accurate copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Marva K. Benjamin*
Marva K. Benjamin (0066606)